IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| WILLIAM VIRGIL FERRELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 1:16-cv-50-PLR-CHS |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## REPORT AND RECOMMENDATION

More than ninety days have passed since Plaintiff filed his Complaint on March 3, 2016 [Doc. 1]. On December 14, 2016, the Clerk of the Court issued notice to Plaintiff that he has failed to perfect service of process on the proper parties [Doc. 9]. The Clerk mailed Plaintiff another service package including three summons and three USM 285 Forms with instructions on how to correctly re-issue summons to the Social Security Administration, the United States Attorney, and the United States Attorney General [*id.*]. The service package mailed to Plaintiff included a list of the appropriate addresses to which summons needed to be re-issued [*id.*]. Plaintiff was responsible for filling out the forms and returning them to the United States Marshals Office.

The Court warned Plaintiff that failure to properly serve each Defendant within twenty days could result in dismissal of this action without prejudice [Doc. 10]. Because twenty days have passed and because Plaintiff has failed to perfect service of process, the undersigned

recommends **DISMISSAL** of this action **without prejudice** under Federal Rule of Civil Procedure 4(m).[1]  The Court **directs** the Clerk to mail a copy of this Order to Plaintiff.

It is so ORDERED.

                              s/*Christopher H. Steger*
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Any objections to this Report and Recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party.  Such objections must conform to the requirements of Federal Rule of Civil Procedure 72(b).  Failure to file specific objections within the time specified can constitute a waiver of further appeal of this Report and Recommendation.  *Thomas v. Arn*, 474 U.S. 140 (1985); *Cowherd v. Million*, 380 F.3d 909, 912 (6th Cir. 2004) (en banc).