UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| WILLIAM FERRELL, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | No. 1:16-cv-50 |
| | ) | Reeves/Steger |
| NANCY BERRYHILL, | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| *Defendant*. | ) | |

## Memorandum Opinion and Order

Before the Court are Magistrate Judge Steger's Report and Recommendation ("R&R") and William Ferrell's motion to void the R&R. The Court previously found that Ferrell had not properly served the Commissioner of Social Security. It gave him twenty days to fix the error, setting the deadline at January 4, 2017. Ferrell missed the deadline. So the R&R, entered on January 6, 2017, recommended that this suit be dismissed without prejudice.

The R&R will be adopted. Ferrell had to serve the correct Office of General Counsel for the Social Security Administration, the Attorney General, and the Chattanooga branch of the United States Attorneys' Office. 20 C.F.R. § 423.1(a); Fed. R. Civ. P. 4(i)(1)–(2). Even today, Ferrell has not served the Attorneys' Office. The Court thus **ADOPTS** the R&R, and Ferrell's suit is **DISMISSED without prejudice**.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE