UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| WILLIAM FERRELL, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 1:16-cv-50 |
| | ) Reeves/Steger |
| NANCY BERRYHILL, | ) |
| **Acting Commissioner of Social Security,** | ) |
| *Defendant*. | ) |

## Judgment

Per the accompanying Memorandum Opinion and Order, the Court **ADOPTS** the R&R, and William Ferrell's suit is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE